IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:05CR2
                               )
       v.                      )
                               )
MANUEL RAMOS,                  )         ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that the hearing on plaintiff's Rule 35 motion is rescheduled for:

**Monday, July 9, 2007, at 2:45 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 22nd day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court